**EXHIBIT LIST**
**Plaintiffs' Motion for Preliminary Injunction**

**Exhibit A**     Declaration of Ginger Kathrens

**Exhibit B**     BLM's Decision Record for the 2018 Spay Feasibility and On-Range Behavioral Outcomes Assessment

**Exhibit C**     Declaration of Suzanne Roy

**Exhibit D**     Declaration of Carol Walker

**Exhibit E**     Declaration of Cathy Liss

**Exhibit F**     Letter from 65 Members of Congress to BLM

**Exhibit G**     BLM's EA for the 2016 Mare Sterilization Research

**Exhibit H**     BLM's Rejection of Access to Remotely Observe BLM's 2016 Mare Sterilization Experiments

**Exhibit I**     BLM's EA for the 2018 Spay Feasibility and On-Range Behavioral Outcomes Assessment

**Exhibit J**     Declaration of Dr. Robin Kelly, D.V.M.

**Exhibit K**     AWHC's Scoping Comments for the BLM's EA for the 2018 Spay Feasibility and On-Range Behavioral Outcomes Assessment

**Exhibit L**     AWHC, AWI, and TCF's Comments on BLM's Revised Draft EA for the 2018 Spay Feasibility and On-Range Behavioral Outcomes Assessment

**Exhibit M**     BLM's Initial Draft EA for the 2018 Spay Feasibility and On-Range Behavioral Outcomes Assessment

**Exhibit N**     BLM's Revised Draft EA for the 2018 Spay Feasibility and On-Range Behavioral Outcomes Assessment

**Exhibit O**     Plaintiffs' Request for Access to Observe BLM's Sterilization Experiments (August 24, 2018)

**Exhibit P**     BLM Instructional Memorandum 2013-061

**Exhibit Q**     BLM Instructional Memorandum 2013-058

**Exhibit R**     Declaration of Dr. Pamela Corey, D.V.M.

**Exhibit S**     BLM's Brochure for the Wild Horse Corral Facility in Hines, Oregon ("Hines Corral")

**Exhibit T**     Declaration of Dr. Hope McKalip, D.V.M.

**Exhibit U**     Declaration of Dr. Lisa Jacobson, D.V.M.

**Exhibit V**     Excerpt from National Research Council's Report, *Using Science to Improve the BLM Wild Horse and Burro Program: A Way Forward*