Exhibit List

Exhibit 1: *Spay Feasibility and On-Range Outcomes Environmental Assessment*

Exhibit 2: Stipulation of Dismissal in *Kathrens v. Jewell*, No. 2:16-cv-01650-SI, ECF No. 16

Exhibit 3: BLM's Motion to Interior Board of Land Appeals to Vacate and Remand

Exhibit 4: Southeast Oregon Resource Advisory Council Meeting Agenda

Exhibit 5: Declaration of Mary Koncel