# Exhibit 3:

BLM's Motion to Interior Board of Land Appeals to Vacate and Remand

Ty Bair
U.S. Department of the Interior
Office of the Regional Solicitor
Pacific Northwest Region
601 SW 2nd Ave, Suite 1950
Portland, Oregon  97204
(503) 231-2139
(503) 231-2166 (fax)
tyler.bair@sol.doi.gov

## UNITED STATES DEPARTMENT OF THE INTERIOR
## OFFICE OF HEARINGS AND APPEALS
### Interior Board of Land Appeals
### 801 N. Quincy St.  Suite 300
### Arlington, Virginia  22203

| | |
|---|---|
| Janet Lynch | IBLA No. IBLA-2019-0014 |
| Appellant | DOI-BLM-ORWA-B050-2018-0016-EA |
| | Warm Springs Spay Study |
| | **BLM's Motion to Vacate and Remand** |

On September 12, 2018, the Bureau of Land Management (BLM) issued a Decision

Record authorizing a study of spaying wild horses in the Warm Springs Herd Management Area,

Oregon.  On October 12 Ms. Lynch filed this appeal from that decision and petitioned for a stay.

On October 18, 2018, the BLM moved the Board to provide that the DR be in full force and

effective immediately.  The BLM, through undersigned counsel, now requests that the Board

remand the DR back to BLM for the reasons set forth below.

A group of wild horse advocates not party to this appeal challenged the DR in federal

district court in Oregon, *Ginger Kathrens et al. v. Zinke et al.*, Case No. 3:18-cv-01691-MO (D.

Or.), and filed a motion to preliminarily enjoin the spay study.  On November 2, 2018, the

district court held oral arguments on the plaintiffs' motion for a preliminary injunction. Ruling from the bench, the court determined that plaintiffs had satisfied the requirements for a preliminary injunction and granted the motion on two counts.[1] As a result of the court's ruling, the BLM has reviewed the DR, the underlying record, and the procedural posture of the case. Based on that review, the BLM has determined that it wishes to rescind the DR. The BLM has filed a notice with the court expressing its intent to rescind the DR. *Kathrens*, Dckt. No. 17 (November 7, 2018).

However, the BLM cannot rescind the DR while the DR is under appeal to the Board. *Benton C. Cavin*, 166 IBLA 78, 82 (2005). Accordingly, the BLM moves the Board to remand the DR back to BLM. The BLM has not yet determined any future course of action it might wish to consider related to the spay study. Any such future actions would be identified in a future DR.

Undersigned counsel attempted to confer with Ms. Lynch about this motion. However, because Ms. Lynch has not provided telephone or email contact information, counsel was unable to meet and confer.

Dated:      November 14, 2018

Respectfully Submitted,
For the Regional Solicitor


Ty Bair
Attorney-Advisor

---

[1] The claims that the court opined on were not ones that Appellants here have brought before the Board.

BLM'S Motion to Vacate and Remand                                                                    2