# Exhibit 4:

Southeast Oregon Resource Advisory Council Meeting Agenda

# Southeast Oregon Resource Advisory Council

Thursday, April 4, 2019
1 p.m. Mountain (Noon Pacific)
Vale District offices, 100 Oregon St., Vale, OR 97918
Conference line 1-877-922-8971 Participant code 5867492#

| Time | Topic | Presenter |
|---|---|---|
| **1 p.m.** 15 minutes | **Welcome, Introductions, Housekeeping, Review Agenda** | Larisa Bogardus |
| **1:15 p.m.** 30 minutes | **Fire and Fuels** <ul><li>Update on the Tri-State Fuel Breaks Project</li><li>2019 Fire Season</li></ul> | Brian Woolf Vale BLM |
| **1:45 p.m.** 15 minutes | **Commercial and Dispersed Recreation** <ul><li>Presentation regarding the Virtue Flat OHV Area</li></ul> | Don Rotell BLM staff |
| **2 p.m.** 45 min | **Designated Federal Official Report/District Updates** | Jeff Rose, DFO Don Gonzalez Todd Forbes |
| **2:45 p.m.** 15 minutes | **Break** | |
| **3 p.m.** 60 minutes | **Fine Fuels Management Experiment to Promote Rangeland Resistance** <ul><li>OSU Extension Service overview of the dormant season grazing research and education project on the Three Fingers Allotment.</li></ul> | Sergio Arispe, OSU Extension, & Dr. April Hulet, Idaho Extension |
| **4 p.m.** 60 minutes | **Wild Horse and Burro** <ul><li>Burns Spay Trials</li><li>Adoption Incentives</li><li>Changes to gather notifications</li><li>Beaty Butte gather and fertility control (PZP) program</li><li>Vale fertility control (PZP) darting program</li></ul> | Jeff Rose Todd Forbes Shaney Rockefeller |

**\*\*\* 6 p.m. Social dinner at Matsy's, 1241 SW 4th Ave, Ontario, OR 97914 \*\*\***

# Southeast Oregon Resource Advisory Council

Friday, April 5, 2019
8 a.m. Mountain Time
Vale District offices, 100 Oregon St., Vale, OR 97918
Conference line 1-877-922-8971 Participant code 5867492#

| Time | Agenda Item | Lead |
|---|---|---|
| **8 a.m.** | **Call to order** | Jason Kesling |
| **8 a.m.** 15 minutes | **Reflections on Thursday's presentations/discussions** | Group |
| **8:15 a.m.** 15 minutes | **Review notes from previous meetings** | Group |
| **8:30 a.m.** 60 minutes | **Energy and Minerals**<br>• Presentation regarding the proposed Calico/Grassy Mountain mining project | Andrea Bowen Vale BLM |
| **9:30 a.m.** 45 minutes | **Lakeview Resource Management Plan Amendment**<br>• Discuss and formalize a recommendation regarding the development of draft alternatives for multiple management of lands identified as possessing wilderness characteristics. | Todd Forbes Lakeview BLM |
| **10:15 a.m.** 15 minutes | **Break** | |
| **10:30 a.m.** 60 minutes | **Southeastern Oregon Resource Management Plan Amendment**<br>• Update regarding the draft environmental impact statement, timeline for public comment period and other milestones. | Brent Grasty Vale BLM |
| **11 a.m.** 30 minutes | **Time for public comment and response** | |
| **11:30 a.m.** 30 minutes | **Wrap-up, future agenda items, schedule October 2019 meeting dates** | Group |
| **Noon** | **Adjourn** | |

*** Next meeting will be June 12-13 at Lakeview Interagency Office, to include a field trip ***